UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANGELO ANTHONY,

    Plaintiff,                    No. 18-10064

v.                                    District Judge Laurie J. Michelson
                                        Magistrate Judge R. Steven Whalen

K. SALISBURY, ET AL.,

    Defendants.

                                 /

**ORDER**

Plaintiff, a *pro se* prison inmate in the custody of the Michigan Department of Corrections, has filed a civil rights complaint under 42 U.S.C. §1983. On February 14, 2019, Defendants filed a motion for summary judgment, arguing that Plaintiff failed to exhaust his administrative remedies before filing his complaint, as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), and further arguing that Plaintiff has failed to state a claim [Doc. #22]. Before the Court is Defendants' motion to stay discovery pending final disposition of their motion for summary judgment [Doc. #31].

If Defendants' dispositive motion is granted, the issue of discovery will be moot. Conducting discovery before that motion is decided would pose an economic burden to the parties, and not be in the interests of judicial economy. Therefore, Defendants' motion [Doc. #31] is GRANTED, and discovery is STAYED pending final resolution of Defendants' motion for summary judgment. If that motion is denied, the Court will vacate the stay of discovery and enter a scheduling order.

IT IS SO ORDERED.

                                              s/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: March 31, 2019

---

**CERTIFICATE OF SERVICE**

      I hereby certify on March 31, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on March 31, 2019.

                                              s/Carolyn M. Ciesla
                                              Case Manager for the
                                              Honorable R. Steven Whalen